**DECLARATION OF VERONICA DRAGALIN**

I, Veronica Dragalin, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I, along with Assistant United States Attorneys Mack E. Jenkins and Melissa Mills, am an attorney representing the government in this case.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Factual Basis from defendant GEORGE ESPARZA's plea agreement, filed at Docket Number 9 in Case No. 20-CR-209-JFW.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Factual Basis from defendant GEORGE CHIANG's plea agreement, filed at Docket Number 7 in Case No. 20-CR-203-JFW.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Factual Basis from defendant JUSTIN KIM's plea agreement, filed at Docket Number 7 in Case No. 20-CR-154-JFW.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Factual Basis from defendant MORRIE GOLDMANS's plea agreement, filed at Docket Number 9 in Case No. 20-CR-369-JFW.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Statement of Facts attached to the Non-Prosecution Agreement for developer Jia Yuan USA Co., Inc.

//
//
//
//

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Statement of Facts attached to the Non-Prosecution Agreement for developer CP Employer, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 21, 2022.

_____
VERONICA DRAGALIN