Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone:  (213) 260-9449
Facsimile:  (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

[And on Behalf of Jose Huizar]

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-20-326(A)-JFW |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE JOINT SUPPLEMENTAL BRIEF RE RULE 17(c) SUBPOENAS** |
| v. | |
| JOSE LUIS HUIZAR, ET AL., | |
| Defendants. | |

Defendants Shen Zhen New World I, LLC ("SZNW") and Jose Huizar, by and through their counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. On July 17, 2021, the Court ordered a joint brief be filed regarding Rule 17(c) subpoenas (ECF 197).  The order requires the parties to meet and confer within five days of defendants providing notice to the Government of a request for a non-disclosure order and requires a joint statement to be filed within five days of the parties' conference.

2. On March 7, 2022, counsel for defendant SZNW notified the government that it intended to file an *in camera* application with a non-disclosure order.

3. On March 8, 2022, the parties met and conferred telephonically about, among other things, defendants' request for a non-disclosure order.
4. On March 10, 2022, defendants filed *in camera* an *ex parte* application for issuance of a Rule 17(c) subpoena.
5. On March 11, 2022, counsel for defendants provided a draft of its position in a joint submission regarding a Rule 17(c) subpoena and asked the government to provide its portion of the joint submission by March 18, 2022. At the time, the parties hoped to be able to file a joint submission on March 22, 2022. The parties agreed that if additional time, was needed, they could discuss the possibility of a stipulation seeking additional time. On March 18, 2022, the government provided its portion of the joint submission, as requested. While the defendants' portion of the brief was approximately four pages, the government's portion was approximately 12 pages. The government cited and attached as exhibits a series of orders from courts in this district, as well as a letter from a federal prosecutor in the Southern District of New York.
6. Defendants have not had sufficient time to review and research the government's portion of the joint filing. In particular, one of Mr. Huizar's counsel, who has been working on this issue, was engaged in trial for the past three weeks, and only recently had the opportunity to review the government's portion. Accordingly, the defense seeks additional time to amend its position, provide the revised brief to the government, and afford the government time should it desire to amend its portion of the brief.
7. On March 21, 2022, counsel for the parties spoke and agreed to this stipulation. The parties further agreed that the defense would provide the government with its changes on or before Thursday, March 24, 2022, and that the government would provide the defense with its portion with any

1  changes on Monday, March 28, 2022.  The parties will then be able to file
2  the joint statement on March 30, 2022.
3  8. Defendants request that the joint brief be filed on or before March 30, 2022.
4  The government does not object to the defendants' request for additional
5  time.

   IT IS SO STIPULATED.

DATED:  March 21, 2022         /s/
                               RICHARD M. STEINGARD
                               Attorney for Defendant
                               SHEN ZHEN NEW WORLD I, LLC

                               [And on Behalf of Jose Huizar]


DATED:  March 21, 2022         /s/
                               CASSIE PALMER
                               Assistant United States Attorney
                               Attorney for Plaintiff
                               UNITED STATES OF AMERICA