UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **CR 20-326 JFW** |
| ) | |
| Plaintiff, ) | **ORDER RE: GOVERNMENT'S** |
| ) | **WITNESSES** |
| v. ) | |
| ) | |
| SHEN ZHEN NEW WORLD I, LLC, ) | |
| ) | |
| Defendant. ) | |

The above matter is set for trial on October 25, 2022 before the Honorable John F. Walter, Courtroom 7A, United States Courthouse.  In addition to the filing deadlines required by the Court, the Court orders the following:

The Government shall prepare a Pre-Trial Witness List identifying the witnesses it intends to call during trial in the order that the witnesses will be called, including a brief summary of each witness's expected testimony and an estimate of the length of time needed for direct examination. The Government shall file its Pre-Trial Witness List on or before **October 17, 2022.**  The Defendant shall file, no later

than **October 19, 2022,** a response to the Government's Pre-Trial Witness List identifying the approximate length of time counsel anticipate they will need for cross-examination of the Government's witnesses.

IT IS SO ORDERED.

Dated: September 26, 2022

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE