```
 1 │ JOSEPH T. MCNALLY
   │ Acting United States Attorney
 2 │ LINDSEY GREER DOTSON
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ SUSAN S. HAR (Cal. Bar No. 301924)
 4 │ Assistant United States Attorney
   │ Public Corruption and Civil Rights Section
 5 │      1500 United States Courthouse
   │      312 North Spring Street
 6 │      Los Angeles, California 90012
   │      Telephone: (213) 894-3289
 7 │      Facsimile: (213) 894-0141
   │      E-mail:    susan.har@usdoj.gov
 8 │ Attorneys for Plaintiff
   │ UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

    Plaintiff, United States of America, hereby advises the court that SUSAN S. HAR is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

```
 1  Dated: January 29, 2025          Respectfully submitted,
 2                                   JOSEPH T. MCNALLY
                                     Acting United States Attorney
 3
                                     LINDSEY GREER DOTSON
 4                                   Assistant United States Attorney
                                     Chief, Criminal Division
 5
                                      /s/
 6                                   _____
                                     SUSAN S. HAR
                                     Assistant United States Attorney
 7                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

# ATTACHMENT A

| | |
|---|---|
| 1 | 2:08-cr-00504-DSF |
| | 2:13-cr-00159-MWF |
| 2 | 2:13-cr-00415-DSF |
| 3 | 2:16-cr-00798-GW |
| | 2:17-cr-00352-MWF |
| 4 | 2:17-cr-00458-MRA |
| | 2:18-cr-00106-ODW |
| 5 | 2:18-cr-00519-DSF |
| | 2:19-cr-00152-AB |
| 6 | 2:19-cr-00156-FMO |
| | 2:19-cr-00302-FMO |
| 7 | 2:19-cr-00473-ODW |
| | 2:19-cr-00497-VAP |
| 8 | 2:19-cr-00553-CAS |
| 9 | 2:19-cr-00592-JFW |
| | 2:19-cr-00714-PA |
| 10 | 2:24-cv-8204-PA |
| | 2:19-cr-00767-PA |
| 11 | 2:20-cr-00154-JFW |
| | 2:20-cr-00203-JFW |
| 12 | 2:20-cr-00208-JFW |
| 13 | 2:20-cr-00326-JFW |
| | 2:20-cr-00369-JFW |
| 14 | 2:20-cv-04247-CJC |
| | 2:20-cv-04993-JAK |
| 15 | 2:21-cr-00159-PSG |
| | 2:21-cr-00491-SB |
| 16 | 2:21-cr-0540-SB |
| 17 | 2:21-cr-00559-SB |
| | 2:21-cr-00572-SB |
| 18 | 2:21-cr-00572-SB |
| | 2:22-cr-00009-SB |
| 19 | 2:23-cr-00478-WLH |
| | 2:24-cr-00751-MWC |
| 20 | 2:85-cr-00907-GW |
| | 5:15-cr-00007-JGB |
| 21 | 5:19-cr-00361-CJC |
| | 8:19-cr-00214-RGK |
| 22 | 8:23-cr-00062-CJC |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |